

U.S. Department

United States
Southern Di

86 Chambers Stre
New York, New Yo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/8/2024__

February 7, 2024

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

  Re: *Ideanomics Inc. and Matthew Fogel v. U.S. Citizenship and Immigration Services*, No. 23 Civ. 10698 (AT)

Dear Judge Torres:

  This Office represents the government in this action, in which plaintiffs seek judicial review of the denial by U.S. Citizenship and Immigration Services ("USCIS") of a Form I-140, Immigrant Petition for Alien Worker, that plaintiff Ideanomics Inc. filed on behalf of plaintiff Matthew Fogel. I write respectfully to request an adjournment of the parties' obligation to submit a joint letter and case management plan by February 9, 2024 (ECF No. 7).

  The government respectfully requests this adjournment because USCIS intends to reopen the Form I-140 in question and issue a new Request for Evidence ("RFE"). Plaintiffs will then have the opportunity to respond to that RFE, and USCIS will review plaintiffs' submission and consider next steps, which may include adjudicatory steps that could moot this action. The parties will continue to discuss how to best proceed in this matter and propose that they provide the Court with a status update by March 11, 2024, which is the government's current deadline to respond to the complaint. This is the government's first request for an adjournment of the parties' obligation to submit a joint letter and case management plan. Plaintiffs consent to this request.

  I thank the Court for its consideration of this letter.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

GRANTED.

SO ORDERED.

Dated: February 8, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge