USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2024_

U.S. Department

United States A
Southern Distr.

86 Chambers Street
New York, New York 1

November 18, 2024

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: *Ideanomics Inc. and Matthew Fogel v. U.S. Citizenship and Immigration Services*, No. 23 Civ. 10698 (AT)

Dear Judge Torres:

This Office represents the government in this action, in which plaintiffs seek judicial review under the Administrative Procedure Act ("APA") of a decision by U.S. Citizenship and Immigration Services ("USCIS") denying a Form I-140, Immigrant Petition for Alien Worker, that plaintiff Ideanomics Inc. filed on behalf of plaintiff Matthew Fogel. I write respectfully to request a 7-day extension of the government's deadline to file its motion for summary judgment (from November 20, 2024, to November 27, 2024). I further request a corresponding extension of plaintiffs' deadline to file their cross-motion and opposition to the government's motion as set forth in this Court's order (ECF No. 26). The new proposed briefing schedule would be:

- The government files its motion for summary judgment by November 27, 2024;
- Plaintiffs file their cross-motion and opposition to the government's motion by December 27, 2024;
- The government files its opposition and reply by January 21, 2025; and
- Plaintiffs file their reply by February 20, 2025.

Pursuant to this Court's order (ECF No. 26), on October 30, 2024, the government filed the certified administrative record of USCIS's decision on the Form I-140 that plaintiffs are challenging in this case. ECF No. 27. The government respectfully requests a short extension of its deadline to file its motion for summary judgment because counsel needs additional time to confer with USCIS and to finalize the government's papers in support of its motion. This is the government's first request for an extension of its deadline to file its motion for summary judgment, and plaintiffs consent to this request.

I thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: November 19, 2024
New York, New York

ANALISA TORRES
United States District Judge