USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/17/2025_

U.S. Department

United States A
Southern Distri

86 Chambers Street
New York, New York 1

January 16, 2025

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

    Re:    *Ideanomics Inc. and Matthew Fogel v. U.S. Citizenship and Immigration Services*, No. 23 Civ. 10698 (AT)

Dear Judge Torres:

    This Office represents the government in this action, in which plaintiffs seek judicial review under the Administrative Procedure Act ("APA") of a decision by U.S. Citizenship and Immigration Services ("USCIS") denying a Form I-140, Immigrant Petition for Alien Worker, that plaintiff Ideanomics Inc. filed on behalf of plaintiff Matthew Fogel. I write respectfully to request a 14-day extension of the government's deadline to file its reply in support of its motion for summary judgment and its opposition to plaintiffs' cross-motion for summary judgment (from January 21, 2025, to February 4, 2025). I further request a corresponding extension of plaintiffs' deadline to file their reply in support of their cross-motion for summary judgment. The new proposed schedule for the remaining briefs would thus be:

- The government files its opposition and reply by February 4, 2025; and
- Plaintiffs file their reply by March 6, 2025.

    Consistent with this Court's prior scheduling order (ECF No. 29), on November 27, 2024, the government filed its motion for summary judgment (ECF Nos. 30, 31), and on December 27, 2024, plaintiffs filed their cross-motion for summary judgment and opposition to the government's motion (ECF No. 32). The government respectfully requests a short extension of its deadline to file its opposition and reply because counsel needs additional time to confer with USCIS and to finalize the government's opposition and reply. This is the government's first request for an extension of its deadline to file its opposition and reply, and plaintiffs consent to this request.

    I thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: January 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge